**CLOSED**

_____

CENTURY 21 FRONTIER, et al.,    :   UNITED STATES DISTRICT COURT
                        :      DISTRICT OF NEW JERSEY

Plaintiff(s),      :

                        :   Hon. Dennis M. Cavanaugh, U.S.D.J.

-vs-          :   Civil Action No. 10cv1997 (DMC)(MF)

                        :

ARCH INSURANCE GROUP, et al.,    :   <u>DISMISSAL ORDER</u>

                        :

Defendant(s),      :

_____:

      **IT HAVING BEEN REPORTED** to the Court that the above-captioned matter has been settled;

      **IT IS** on this 31st day of January, 2012

      **ORDERED THAT** this matter be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to seek to reopen the action if the settlement is not consummated.

                       S/ Dennis M. Cavanaugh
                       DENNIS M. CAVANAUGH
                       United States District Judge

cc:    **All Parties**
      **Hon. Mark Falk, U.S.M.J.**
      **File**